UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| CARLENA PAGE CHAMBERS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:20-CV-00036-JRG-CRW |
| AMY CLARK, DENISE BUNKER, and JOHNSON CITY WORK CAMP, | ) ) ) ) | |
| Defendants. | ) ) | |

## **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion and order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

Because the Court **CERTIFIED** in the memorandum opinion and order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                                                            s/J. RONNIE GREER
                                                    UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *John L. Medearis*
District Court Clerk